**Exhibit A to the Complaint**

**Location:** Hermosa Beach, CA
**Total Works Infringed:** 68

**IP Address:** 47.144.166.78
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash:<br>8BB074E225C6C871CDBD1831D394E9988502CEBD<br>File Hash:<br>C406C0E49456756FC3028F4DC366017F54C0EEF93F480CB8E1064B8090DBCE6A | 05/26/2020<br>06:20:40 | Blacked<br>Raw | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 2 | Info Hash:<br>3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash:<br>CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 05/05/2020<br>10:15:56 | Blacked<br>Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 3 | Info Hash:<br>D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash:<br>BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 05/05/2020<br>06:27:47 | Blacked | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 4 | Info Hash:<br>D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash:<br>E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 03/19/2020<br>15:23:41 | Blacked<br>Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 5 | Info Hash:<br>FCF2223C2AFD2901C1AC8C9EA95467B555E65E1E<br>File Hash:<br>A9596964DEE36F1C6190EF9A49570A4D435010B85BD899886799BE731C4B6A07 | 03/08/2020<br>07:52:28 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |
| 6 | Info Hash:<br>6485D2C06BE7023990B69BE93812D5066B963ED4<br>File Hash:<br>6BD50384C2A3D1B2EB118CCD6446810BFA75029F99661CE43DE6218B26DE128D | 03/08/2020<br>07:52:12 | Blacked | 04/20/2018 | 05/23/2018 | PA0002101307 |
| 7 | Info Hash:<br>CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash:<br>126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 03/08/2020<br>07:22:04 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 8 | Info Hash:<br>400E090F4802B871662C556A82ABFC945392215F<br>File Hash:<br>06CDD274AF3FF035D9BC76B6AC2622D0E84012889163E9A5F44B28F003362EC8 | 03/08/2020<br>07:02:58 | Blacked | 05/15/2018 | 06/19/2018 | PA0002126654 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 9 | Info Hash:<br>42730C2B510F6C5787C84F1C4F833F7ED8D2BB40<br>File Hash:<br>4C72CBCC1B7497E6F34B38E21B9F50A882A31099F2ACC1630D2BCE192B09A97D | 03/08/2020<br>07:00:58 | Vixen | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 10 | Info Hash:<br>A13372D383B6487823771167C3024FF64D0BAF6F<br>File Hash:<br>966A72033B80F407CEC791BCFC86062A5AE505676C5DD0017BDB610154691AE2 | 03/08/2020<br>06:53:23 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 11 | Info Hash:<br>83E5CC90978D29577233ED709F7716D44CA1DC25<br>File Hash:<br>EEB6E66B6C3FFE1EE2426F50B0E190BA3ECEDAC333AA633C9797D352A0D0ADF7 | 03/08/2020<br>06:32:40 | Blacked | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 12 | Info Hash:<br>B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash:<br>880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 03/08/2020<br>06:22:48 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 13 | Info Hash:<br>7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash:<br>7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 03/08/2020<br>06:19:21 | Vixen | 02/23/2019 | 04/29/2019 | PA0002169931 |
| 14 | Info Hash:<br>7C627BDADFCB1575B894A71C66ADFFB95C6EFAFE<br>File Hash:<br>9BE67B021A11DC3292BCE207B18A2311A31D90B10A04F549569DC1E091AE7C9A | 02/09/2020<br>09:34:30 | Blacked<br>Raw | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 15 | Info Hash:<br>7ADD0E09EEEF892982208191A8808453A1480C84<br>File Hash:<br>7ADC8775C96D253164D4E2ACAB55A06D28D74D0A300E2E3AF52B2ABB1B7AB77F | 10/29/2019<br>12:43:44 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 16 | Info Hash:<br>63E8C3E37CCD9B8D64EFF3749A46CF55D174AF77<br>File Hash:<br>9B3E1A96CD2FAACEE8822AB11046E0A85F64BCD5DAB63B0FB6BD1E3EF8810C6F | 10/29/2019<br>12:10:23 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 17 | Info Hash:<br>C5BD516247FF628F7645ADCA07A7CDD4DD3D6DC8<br>File Hash:<br>D00EF2C34ACAC962E2C8123FAA174DF86CC3BDD389233C14F4146FE6762E65DB | 10/29/2019<br>12:04:47 | Tushy | 08/09/2019 | 09/11/2019 | PA0002199987 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash:<br>18B454A9C4B392D3B36B10F5307E46926A367695<br>File Hash:<br>EB6023B1657E210E86575F931569CCF8B2FBE7EA18E20EA36311A311C0FE0414 | 10/29/2019<br>11:47:08 | Tushy | 04/21/2019 | 06/03/2019 | PA0002178776 |
| 19 | Info Hash:<br>8F4F1FA7CC004ADD7CDD9F00D5DFC968267D2675<br>File Hash:<br>C1AE1AFE64AC561DCC15272FF2A964E0DF58435E13537750D4143A627E6BEC87 | 10/29/2019<br>11:31:34 | Tushy | 07/15/2019 | 08/02/2019 | PA0002192300 |
| 20 | Info Hash:<br>A66C9C655E360338BD35653F211606B8DDC42727<br>File Hash:<br>FD1AF2E638532BF05E7C3294DCE59C3CB84A554F0BC6154C167F7B215833937A | 10/29/2019<br>11:09:17 | Tushy | 04/11/2019 | 05/11/2019 | PA0002173890 |
| 21 | Info Hash:<br>DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38<br>File Hash:<br>EA3A14928D707D02CAF7EBA3F82F77CF7F36157B929DA6AD47BC4024001FF0CA | 10/29/2019<br>11:02:55 | Tushy | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 22 | Info Hash:<br>31EF59E9D5E66FB4FF59BFFE051E98CB6C595DCB<br>File Hash:<br>7895E1A917B4A697D048EB98B821CD44B6DA0E3477ACABC59EE202071F548604 | 10/29/2019<br>10:48:46 | Tushy | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 23 | Info Hash:<br>C2696D97B84F26C92DAECB9A0C9434564992B852<br>File Hash:<br>A13A9247DF3489AE94E0388166F438C39F87474A22DC4F70F1E7EE05EF06CC92 | 10/29/2019<br>10:44:01 | Tushy | 09/23/2019 | 10/07/2019 | PA0002205466 |
| 24 | Info Hash:<br>05EBD8C29118D473550899941352F12A097DDC23<br>File Hash:<br>BEAA0130023E4E46AD715FDF6EC6BECFE10D6F1EAC3BF60423DAA9EABA50788A | 10/29/2019<br>10:37:24 | Tushy | 07/30/2019 | 08/22/2019 | PA0002195506 |
| 25 | Info Hash:<br>EF30CEA47B180A82FCDB40E4429B9280786CBDCE<br>File Hash:<br>426620AFCFC38A261CA1DFE8A663B2FF4281F8ADD5FD327B441604CBFA634D7D | 10/29/2019<br>10:13:37 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 26 | Info Hash:<br>FD451C17F6CD6A9FC4992E362A68B0846555EE33<br>File Hash:<br>5766A50CC7D6782D469A8FA391E32FD0AF2DFEB1E38100728F719AAA687FF95E | 10/29/2019<br>10:07:46 | Tushy | 03/12/2019 | 04/29/2019 | PA0002169947 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 27 | Info Hash:<br>8B84870625941F984BA357806583B9F62C6D5F9D<br>File Hash:<br>39B15527B11593F329E565B1ABF2CD8A4423C73C7724775A47CADA47F6D2E224 | 10/29/2019<br>10:03:32 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 28 | Info Hash:<br>73E574E4F56CCBD035DDBA1FCF86A994B22BDB6F<br>File Hash:<br>73D05FBDE255FC82E52AEAD342BFCEE21D15312C70D5BFAE282DE0E3B1309945 | 10/29/2019<br>10:02:26 | Tushy | 03/17/2019 | 04/08/2019 | PA0002164888 |
| 29 | Info Hash:<br>22E756AB10195C299D4EF6CDE019BC534B8A8E62<br>File Hash:<br>D8B6C71B397F72973249127DBAB9D350C40C2FE7C334C10F818AE8833AF48BA9 | 10/29/2019<br>09:54:55 | Tushy | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 30 | Info Hash:<br>8C66EB037AA13EF5404DD5106524B45219995A9C<br>File Hash:<br>FDFB0E5888D040B2F5B24B603D5AAD2A3F4208F64D00083B66FFD7B8E69218DF | 10/29/2019<br>09:31:59 | Tushy | 02/05/2019 | 02/22/2019 | PA0002155146 |
| 31 | Info Hash:<br>3D5565340A11007367A788386A1708908C63FDA4<br>File Hash:<br>93040E578577443088589D3FA6E97E7157C6A9BC1CE35770D7DA78904663CC6C | 10/29/2019<br>09:30:57 | Tushy | 10/08/2018 | 11/01/2018 | PA0002143422 |
| 32 | Info Hash:<br>D870E9A9EFB570C5601C29A4E0E1167ED5E3ABA4<br>File Hash:<br>D09F57061C1E763BE9922FEA13E823573584D2E6CFFCD93DC125E3EC93CA2D3A | 10/29/2019<br>09:23:16 | Tushy | 05/26/2018 | 07/14/2018 | PA0002128078 |
| 33 | Info Hash:<br>654FDEBA4D88249E1F34D0661AB9A548091828CC<br>File Hash:<br>8F91DA39430C2711DC1B6E92FB5E47B090DE8E67D9F33620B35E3F3ECA8DA5B4 | 10/29/2019<br>08:32:05 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 34 | Info Hash:<br>1FB01C62464C1A31AECE85754CFE67E51306FA3E<br>File Hash:<br>4C70BCAA2DD6D7173E0703BB67659B4D822F37A64ECB54332FB82D3451A7656C | 10/29/2019<br>08:29:58 | Tushy | 12/12/2018 | 01/22/2019 | PA0002147902 |
| 35 | Info Hash:<br>60FEB3E4F343965C4C847A6F071D77F52C61BB52<br>File Hash:<br>E524144A95E8724908EAB4170A1D1916ABFF0EFC0E12823068BEE66FD6E93A12 | 10/29/2019<br>08:25:22 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 36 | Info Hash:<br>88CC37185550B7F47C66918862B844C8056F3C00<br>File Hash:<br>C7DF534FBC22D1F8A3CBE7302B12921ADACF4D8678BB7F6F31860378AD44BB4A | 10/29/2019<br>08:22:43 | Tushy | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 37 | Info Hash:<br>6F3ECC6B6F2049CB91A3321964BC886A73A62994<br>File Hash:<br>AC4DCACFCC287327239DE9254029983F4A4D782E4970AC135FAB6C4BA0937CCB | 10/29/2019<br>08:18:05 | Tushy | 09/08/2018 | 10/16/2018 | PA0002127788 |
| 38 | Info Hash:<br>64D40092B3D528552372E59E9627B7D57E83B443<br>File Hash:<br>E62E8DE95A613939243A9CC855E504ECBB7FB2F223C90C8E2FEE990BFCA04DBC | 10/29/2019<br>07:40:45 | Tushy | 09/03/2018 | 11/01/2018 | PA0002143436 |
| 39 | Info Hash:<br>D57B689422F4E39D8893E3E0BB7A38C930AD4CEF<br>File Hash:<br>62B7BAB68D9CFA287E5A27C59752ADBF87FDB6F932FC27F8022C6E9D279BADD8 | 10/29/2019<br>07:38:40 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 40 | Info Hash:<br>B13AE94A241C9D4B473BBB3C26F761F76F55D935<br>File Hash:<br>395A82D53B768C28EBBA26D21956E9B2F8BDD3FF8A502A46B474BE4C632659AE | 10/29/2019<br>07:29:16 | Tushy | 01/06/2019 | 01/22/2019 | PA0002147897 |
| 41 | Info Hash:<br>CDE1EBE30D12BB48185E01B5DDD7BA9549DF4BCB<br>File Hash:<br>FC6ED1B9110EF308157299D0842B9998C372FBD630644B804398B5E2ACAD851C | 10/29/2019<br>07:21:14 | Tushy | 08/29/2019 | 09/17/2019 | PA0002216128 |
| 42 | Info Hash:<br>3EA0CF9C87288AF48B11486B9BCB9919F16EA731<br>File Hash:<br>D05F38277B77040CF93144BD68F937C4DD0178A11C2E7854351796603140D286 | 10/29/2019<br>07:15:30 | Tushy | 06/05/2019 | 07/17/2019 | PA0002188310 |
| 43 | Info Hash:<br>8BCB7B06AB36EDCC1B53F56BC6B1329DB9D48900<br>File Hash:<br>8AF8FCB882888074B5D5505F39BEA55918BF3536F3DD764B5B0A57DD73C5CF86 | 10/29/2019<br>06:51:33 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |
| 44 | Info Hash:<br>381BDB453192B9B75233C9EE50A69C3D78761F29<br>File Hash:<br>F986332CADEA2D7A19623774032EEF9155DF5864CDF4CF50D891D6B1D9364FAD | 10/29/2019<br>06:47:06 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash:<br>FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash:<br>48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 10/29/2019<br>06:35:40 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 46 | Info Hash:<br>2EA0290F13E4A4197E055E913DFCD0B58D85DF2B<br>File Hash:<br>EC41322CC151A4D99BAF9E2F119D58FD2C87A83823E3659EA8958A55159B0325 | 10/29/2019<br>06:32:23 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 47 | Info Hash:<br>9E23D180CE13A745D888960C51567F094143E3F7<br>File Hash:<br>7908BC62EBEABFD47D3B669D2DDFA2B71CDDDF5AA25B3B2638637B6A68FDF8B4 | 10/29/2019<br>06:28:16 | Tushy | 04/21/2018 | 05/23/2018 | PA0002101309 |
| 48 | Info Hash:<br>1562051A82BF38DF5A876319EF81058CD3571E80<br>File Hash:<br>7F81D2862539565DE2A4F9D42A984B8C12535B5D852B40DC8BF95AEC24B6DA92 | 10/29/2019<br>06:24:50 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 49 | Info Hash:<br>8AEA27202C47B378BF48659CC2938DB8691054EF<br>File Hash:<br>0D3B456AA0D88C15AF796288F66A6A6E23996BA5771C0CD7F6A9A0F347D69959 | 10/29/2019<br>06:24:16 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 50 | Info Hash:<br>7B75F10ACF4BAA5B3A8D5265CFCAC24A2F0E0B18<br>File Hash:<br>533DB3DC2826A2465EBAA4692B5DEA36D80A9D178DE8CB1A181959A41230D69B | 10/29/2019<br>06:21:42 | Tushy | 01/26/2019 | 02/22/2019 | PA0002155150 |
| 51 | Info Hash:<br>B4CA9DE725804650188413CE5326FF8FD94AE9ED<br>File Hash:<br>0C56EBDD4D5D2919F5D8C97CA4E2EA5E0F641D4118D6F26C6A1881C35EF0B6CE | 10/29/2019<br>06:19:48 | Tushy | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 52 | Info Hash:<br>E07877B71CF19666B48388AB9C202988860AC477<br>File Hash:<br>A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 10/29/2019<br>06:17:52 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 53 | Info Hash:<br>6EF8D880A4BA06481EE79D4E1CE6851A1F6DA3FB<br>File Hash:<br>1285F37579C781AD274ADF25BB944C642C7BBA7AD59AD7AB60A488CA2DFCB473 | 10/29/2019<br>06:17:50 | Tushy | 11/07/2018 | 11/25/2018 | PA0002136607 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash:<br>DFCCBFB7EED852E6617D609C4731A1744A9862A9<br>File Hash:<br>092CF263917C04D7FE0B38B7AF9511C6C78FE4544DCFE9E1BFCEF14EC78E29A9 | 10/29/2019<br>06:15:21 | Tushy | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 55 | Info Hash:<br>7187921EA9FCD6A45613346F742B048B53088923<br>File Hash:<br>A38570FA0B1ECFD592AFC77B4EF2BFBAE9B2D87E31DB74B2604DDFEC650BE5EF | 10/29/2019<br>06:14:51 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 56 | Info Hash:<br>5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash:<br>BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 10/29/2019<br>06:13:07 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 57 | Info Hash:<br>16964274EEF2DEB09294CF8A21B1AFBB9CC70842<br>File Hash:<br>E1E282B1BD1C120CD2CCB60803E8E08E14EC9C2D723967F916AA9A73308D4BF3 | 10/29/2019<br>06:12:11 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 58 | Info Hash:<br>7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash:<br>CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 10/29/2019<br>06:11:01 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 59 | Info Hash:<br>C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash:<br>38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 10/29/2019<br>05:53:51 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 60 | Info Hash:<br>400625A24D4B1350C5C9869DC1C9F7767C73C4D3<br>File Hash:<br>7A005E171C7E821C1A1D93469F199B9B76CEEA2F4DE9EF762B41D575C440F8CE | 10/29/2019<br>05:52:56 | Tushy | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 61 | Info Hash:<br>F4C62F1FD6F96D354A206B3C071BC30B0FCF3492<br>File Hash:<br>6C13119810306D9687576AA11BBF42B39F59647A38D5BD760B9DBB22CBEB6013 | 10/29/2019<br>05:48:55 | Tushy | 05/16/2019 | 07/05/2019 | PA0002206381 |
| 62 | Info Hash:<br>42FB29936F0773461AB894640E5895EE9B843742<br>File Hash:<br>EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 10/29/2019<br>05:47:02 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 63 | Info Hash:<br>FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash:<br>4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 10/29/2019<br>05:42:04 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 64 | Info Hash:<br>333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash:<br>8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 10/29/2019<br>05:33:55 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |
| 65 | Info Hash:<br>74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash:<br>C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 10/29/2019<br>00:54:56 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 66 | Info Hash:<br>EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash:<br>CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 10/29/2019<br>00:51:57 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 67 | Info Hash:<br>03C069E6AEB87AFBA7D5C238902F8B37E79B3A47<br>File Hash:<br>D529C07D0BB9480ACA88916FA1E57CE98498A9620B6923EBD09F31BEF3E2ADB7 | 10/29/2019<br>00:50:59 | Tushy | 07/25/2019 | 08/22/2019 | PA0002195515 |
| 68 | Info Hash:<br>C5F97651D6D0ACCAF80962B6D247D3DB106817EF<br>File Hash:<br>E275AC4E3CC73AE8590AFE10FDDB66AD111E7FF023E5E17F9F8AE2B5513A30F8 | 10/28/2019<br>15:56:38 | Blacked | 03/31/2018 | 04/12/2018 | PA0002091516 |