# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>JOHN DOE subscriber assigned IP address 47.144.166.78,<br><br>              Defendant. | Case No.: 2:20-cv-08646-TJH-SPx<br><br>**ORDER TO CONTINUE THE FINAL PRETRIAL CONFERENCE CURRENTLY SET FOR JANUARY 24, 2022 AT 10:00 AM  [31]** |

    **THIS CAUSE** came before the Court on Plaintiff, Strike 3 Holdings, LLC's Ex Parte Application to Continue the Final Pre-Trial Conference Currently Set for January 24, 2022 at 10:00 A.M., and the Court, being duly advised, does hereby rules as follows:

    **IT IS** on this 19th day of January, 2022,

    1.    **ORDERED** that the Final Pretrial Conference currently set for January 24, 2022 at 10:00 AM be continued to **June 20, 2022 at 10 AM.**

*/s/ Terry J. Hatter, Jr.*
_____
HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

1