Lincoln D. Bandlow, Esq. (CA #170449)
lincoln@bandlowlaw.com
**Law Offices of Lincoln Bandlow, P.C.**
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Phone: (310) 556-9680
Fax: (310) 861-5550

*Attorneys for Plaintiff*
*Strike 3 Holdings, LLC*

J. Curtis Edmondson (SBN 236105)
Edmondson IP Law
15490 NW Oak Hills Dr
Beavertop OR 97006
503-336-3749
Fax: 503-482-7418
Email: jcedmondson@edmolaw.com

*Attorneys for Defendant*
JOHN DOE subscriber assigned
IP Address 47.144.166.78

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JOHN DOE infringer identified as using IP address 47.144.166.78,<br><br>　　　　　Defendant. | Case No.: 2:20-cv-08646-TJH-SP<br><br>**JOINT STIPULATION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

　　　Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), by and through its counsel of record Lincoln D. Bandlow, and Defendant John Doe infringer identified as using IP

1

JOINT STIPULATION FOR ENTER FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Case No. 2:20-cv-02244-TJH-SP

address 47.144.166.78 ("Doe"), by and through Doe's counsel of record J. Curtis Edmondson hereby stipulate as follows:

WHEREAS, Doe submitted an Offer of Judgment ("Offer") pursuant to Fed. R. Civ. P. 68 to Plaintiff on September 30, 2022;

WHEREAS, the Offer proposed:

1. that judgment shall be entered that Doe did not infringe; and,

2. that the parties shall waive all costs and fees.

WHEREAS, Plaintiff timely accepted the Offer on October 14, 2022;

WHEREAS, concurrent with this Joint Stipulation, the parties have filed the Offer of Judgment and Plaintiff's notice of acceptance, Fed. R. Civ. P. 68(a);

WHEREAS the parties have agreed to accept service via email between counsel, and thus the attached email is the parties' proof of service, *see id.*;

WHEREAS, the parties agree and stipulate that all conditions precedent for acceptance under Rule 68 have been met;

THEREFORE, the parties respectfully request that pursuant to Rule 68(a) the Court enter judgment in this matter by entering the [Proposed] Order submitted concurrently with this Joint Stipulation.

October 18, 2022                                October 18, 2022

/s/ *Lincoln D. Bandlow*___              /s/ *J. Curtis Edmonson*_____
Lincoln D. Bandlow                          J. Curtis Edmondson
LAW OFFICES OF                            EDMONDSON IP LAW
LINCOLN BANDLOW, PC

*Attorneys for Plaintiff*                      *Attorneys for Defendant*
Strike 3 Holdings, LLC                      John Doe

2

JOINT STIPULATION FOR ENTER FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Case No. 2:20-cv-02244-TJH-SP

## STATEMENT OF CONSENT

I attest that consent to the filing of this document has been obtained from counsel for Defendant John Doe subscriber assigned IP address 47.144.166.78.

Dated: October 18, 2022        By: /s/ *J. Curtis Edmondson* __
                                   J. Curtis Edmondson
                                   *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I served on October 18, 2022 via email, a true and accurate copy of the above and foregoing Joint Stipulation as to the Entry of Offer of Judgment to all counsel of record as below:

> J. Curtis Edmondson
> jcedmondson@edmolaw.com
> **Edmondson IP Law**
> 15490 NW Oak Hills Drive
> Beaverton, OR 97006
> Phone: (503) 336-3749
> Fax: (503) 482-7418
>
> Douglas Rosner
> Rosnerlaw@earthlink.net
> Law Offices of Douglas Joseph Rosner
> 2625 Townsgate Road, Suite 330
> Westlake Village, CA 91361
> Phone: (818) 501-8400
> Fax: (818) 880-4485
> Attorneys for Defendant
> John Doe

Dated: October 18, 2022        By: /s/ *Lincoln Bandlow* __
                                   Lincoln Bandlow

3

JOINT STIPULATION FOR ENTER FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Case No. 2:20-cv-02244-TJH-SP