# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br><br>JOHN DOE subscriber identified as IP address 47.144.166.78<br><br>Defendant. | Case No.: 2:20-cv-08646-TJH-SP<br><br>**[PROPOSED] JUDGMENT** |

Pursuant to Fed. R. Civ. P. 68, the Court enters Judgment as follows:

1. Judgment shall be entered that JOHN DOE subscriber assigned IP address 47.144.166.78 did not infringe.
2. The parties shall waive all costs and fees.

SO ORDERED:

Dated: _____   _____
                                   UNITED STATES DISTRICT COURT