# Exhibit 2

1  J. Curtis Edmondson (CSB 236105)
2  Edmondson IP Law
   2660 SE 39th Loop, Suite D
3  Hillsboro, OR 97123
4  503-336-3749/ FAX: (503) 482-7418
   jcedmondson@edmolaw.com
5
6  *Attorney for Defendant*
   JOHN DOE subscriber assigned IP address   47.144.166.78
7

8                      UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10  STRIKE 3 HOLDINGS, LLC,              )
    Plaintiff,                           )   Case No.:  2:20-cv-08646-TJH-SP
11  vs.                                  )
12                                       )   SECOND
     JOHN DOE subscriber assigned        )   OFFER OF JUDGMENT
13   IP address  47.144.166.78           )
14                                       )
                                         )
15                                       )
16   Defendant.                          )
                                         )
17                                       )
18                                       )
                                         )
19                                       )

20

21      Defendant JOHN DOE subscriber assigned IP address 47.144.166.78
22  ("DOE") pursuant to FRCP 68, makes the following offer of judgment on
23  STRIKE 3 HOLDINGS, LLC ("S3H") who has alleged infringement of the
24  movies ("Works"), as attached to Exhibit A of their Complaint at Docket 1.

25
26
27
28

1  Whereas DOE offers the following to S3H:

2  1. Judgment shall be entered that JOHN DOE subscriber assigned IP address

3  47.144.166.78 did not infringe.

4  2. The parties shall waive all costs and fees.

5  If DOE's offer is accepted by S3H within the period of 14 days after service,

6  judgment shall be entered according to "1" and "2" above.

7  Respectfully submitted,

8  Dated: September 30, 2022               /s/ J. Curtis Edmondson    _
9  J. Curtis Edmondson
10 Law Offices of J. Curtis Edmondson, PLLC
   Hillsboro OR  97123
11 (503)336-3749
12 jcedmondson@edmolaw.com

RULE 68 OFFER

2

# CERTIFICATE OF SERVICE

  I served on Sep 30,2022, a true and accurate copy of the above and foregoing Rule 68 offer to all counsel of record for Plaintiff's as below via email per stipulation of counsel:

> Lincoln D. Bandlow, Esq. (CA #170449)
> Lincoln@BandlowLaw.com
> **Law Offices of Lincoln Bandlow, PC**
> 1801 Century Park East, Suite 2400
> Los Angeles, CA 90067
> Phone: (310) 556-9680
> Fax: (310) 861-5550
> Attorney for Plaintiff
> Strike 3 Holdings, LLC

Dated 9/30/2022      By: /s/ *J. Curtis Edmondson*
              J. Curtis Edmondson