# Exhibit 3

## RE: Hearing on 10/17 - SWK 1.002 BD41-3

J. Curtis Edmondson <jcedmondson@edmolaw.com>    10/16/2022 4:16 PM
To  Lincoln Bandlow   Blind copy  jcedmondson@edmolaw.com,   REDACTED

Reply   Reply all   Forward   Delete   Add to Safe Senders   Add to Blocked Senders

1 attachment ▸    Download    Save to Drive

Lincoln,

Thank you.  I will get the documents put together for your review and then approval by the clerk.   It went much quicker this last time.

B. Regards,
J. Curtis Edmondson, Patent Attorney, Edmondson IP Law
Office and Mailing address is: 15490 NW Oak Hills Drive, Beaverton, OR 97006
ph: (503) 336-3749 | fax: (503) 482-7418 | jcedmondson@edmolaw.com | www.edmolaw.com
Licensed in Washington, Oregon, California, DC, and before the USPTO

On 10/14/2022 9:15 AM PDT Lincoln Bandlow
<lincoln@bandlowlaw.com[mailto:lincoln@bandlowlaw.com]> wrote:


Curt,

Settlement will be easier. Here is the acceptance of the Rule 68 offer, but you told the clerk we were doing a settlement and I think we should just file the dismissal after signing the settlement agreement. You have time to look at that now, please do so.

Lincoln Bandlow
[LB_Logo]
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
P: (310) 556-9680 | F: (310) 861-5550
Lincoln@BandlowLaw.com[mailto:Lincoln@BandlowLaw.com]
<mailto:Lincoln@BandlowLaw.com[mailto:Lincoln@BandlowLaw.com]>
www.BandlowLaw.com<http://www.bandlowlaw.com/[http://www.bandlowlaw.com/]>

From: J. Curtis Edmondson <jcedmondson@edmolaw.com[mailto:jcedmondson@edmolaw.com]>
Sent: Thursday, October 13, 2022 8:40 AM
To: Lincoln Bandlow <lincoln@bandlowlaw.com[mailto:lincoln@bandlowlaw.com]>
Subject: RE: Hearing on 10/17 - SWK 1.002 BD41-3

Lincoln,

I will edit your docs sent earlier. I am tied up over the next couple of days with jury instructions and verdict forms.

Or you can accept the Rule 68. - Curt

J. Curtis Edmondson, Patent Attorney, Edmondson IP Law



lincoln@bandlowlaw.com

October 14, 2022

**VIA EMAIL AND MAIL:**
jcedmondson@edmolaw.com

J. Curtis Edmondson

**RE:**  *Strike 3 Holdings, LLC v. Doe*, No. 20-08646-TJH-SP;
Acceptance of Offer of Judgment

Dear Mr. Edmondson,

    As you know, I represent Plaintiff, Strike 3 Holdings, LLC ("Strike 3") in the above-captioned matter. In light of Defendant's complete failure to respond to Strike 3's Second Set of Requests for Production, and to avoid further burdening the parties and the Court with discovery motions, Plaintiff hereby accepts Defendant's Offer of Judgment served on September 30, 2022. Upon receipt of this notice, which has been served on you pursuant to Fed. R. Civ. P. 68(a), "either party may then file the offer and notice of acceptance, plus proof of service." To that end, I will confer with you after service to ensure all documentation is in order and to coordinate who will file the aforementioned documents with the Court.

                                          Sincerely,

                                          Lincoln D. Bandlow