# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br>Plaintiff,<br>vs.<br><br>JOHN DOE subscriber identified as IP address 47.144.166.78<br><br>Defendant. | Case No.:  2:20-cv-08646-TJH-SPx<br><br>**JUDGMENT   [JS-6]** |

Pursuant to Fed. R. Civ. P. 68, the Court enters Judgment as follows:

1. Judgment shall be entered that JOHN DOE subscriber assigned IP address 47.144.166.78 did not infringe.

2. The parties shall waive all costs and fees.

SO ORDERED:

Dated: OCTOBER 19, 2022

HON. TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

JUDGMENT
2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1